IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22318-KMW

KANAYO DERHEM and MOJTABA E.
KOOSEJ,

    Plaintiffs,

v.

BAY HOUSE MIAMI CONDOMINIUM
ASSOCIATION, CHARLES BRUMSTEAD,
JR., SEAN ZAHNISER, MIKE DESIMONE,
JAMES PINKERT, JOSHUA PAUL,
ALEJANDRO ENRIQUE UTRERA BADENES,
JONATHAN FERREIRA, K W PROPERTY
MANAGEMENT, LLC and JOSE VIDAL,

    Defendants.
_____/

**MOTION OF ATTORNEYS ROGER SCHINDLER ESQ. AND SIMON, SCHINDLER & SANDBERG, LLP TO WITHDRAW AS COUNSEL AND FOR CONTINUANCE OF PENDING DEADLINES.**

Roger Schindler, Esq. and the firm of Simon, Schindler & Sandberg, LLP move to withdraw as counsel for Plaintiffs Kanayo Derhem and Mojtaba E. Koosej. This motion is made pursuant to Local Rule 11.1(d)(3). Filed in conjunction with this motion is an ex parte Declaration of Roger Schindler, Esq. explaining in detail the reasons supporting this motion to withdraw. The declaration is being filed ex parte to protect attorney/client confidences. In support of this motion, Movants would show unto this Court the following:

1. At the present time this matter is not set for trial.

2. Pursuant to this Court's paperless order of October 4, 2022, [ECF 260] presently pending is the submittal of a Joint Pre-trial Stipulation, including witness and exhibit

1

    lists and proposed jury instructions and verdict form. This filing is due on November 14, 2022. [ECF 260].

3. While other dispositive motions remain pending, those motions have been fully briefed by all parties.

4. Movants would request that this Court, should this motion to withdraw be granted, extend the deadline for the filings identified above to permit new counsel time to comply with the pretrial requirements. In conjunction therewith Plaintiffs should be afforded a reasonable amount of time to retain new counsel going forward in this matter.

5. Appended to this motion is the ex parte declaration of Roger Schindler, Esq. addressing issues pertinent to this Motion to Withdraw.

6. Appended hereto is a proposed order granting the Motion to Withdraw.

7. The current addresses and contact information for each plaintiff is set forth in the Certificate of Service. Both Plaintiffs will be kept fully advised of the filing of this motion and of any events/hearings or status of the motion until ruled upon.

**WHEREFORE,** the Movants Roger Schindler, Esq. and Simon, Schindler & Sandberg, LLP move this Court for entry of an Order granting this Motion to Withdraw.

### CERTIFICATE OF CONSULTATION

Undersigned counsel has consulted with counsel whose clients would be affected by the granting of the relief sought in this motion and have been advised that opposing counsel oppose the relief sought in this motion.

                        By: /s/ Roger Schindler
                        ROGER J. SCHINDLER, ESQUIRE

                                    Florida Bar No. 124726

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF filing in the Court's eportal on October 18, 2022 on all counsel of record on the Service List below. Copies of the motion with attachments will be filed

                            SIMON, SCHINDLER & SANDBERG LLP
                            Attorneys for Plaintiffs
                            2650 Biscayne Boulevard
                            Miami, FL 33137
                            Tel:    (305) 576 1300
                            Fax:   (305) 576 1331
                            Email: Rschindler@miami-law.net
                            rjsassist@miami-law.net

                            By:__ *ROGER J. SCHINDLER*
                            ROGER J. SCHINDLER, ESQUIRE
                            Florida Bar No. 124726

## SERVICE LIST

| | |
|---|---|
| Daniel Ezra Davis<br>ddavis@florida-law.com<br>Evelyn Greenstone Kammet<br>egreenstone@florida-law.com<br><br>Vernis, Bowling of Miami, P.A.<br>1680 NE 135th Street<br>Miami, FL 33181<br>*Counsel for Defendants BHMCA, Sean Zahniser, James Pinkert, Alejandro Enrique, Uterera Badenes and Joshua Paul* | Craig J. Shankman<br>William Thomas Leveille, II<br>Boyd Richards Parker & Colonnelli, P.L.<br>100 SE 2nd Street, Suite 2600<br>Miami, FL 33131<br>cshankman@boydlawgroup.com<br>wleveille@boydlawgroup.com<br><br>*Counsel for Charles Brumsted, Jr.* |

Jean Anne Hanrahan

Marshall Dennehey Warner Coleman
& Goggin, P.C.
100 N.E. 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33301
jahanrahan@mdwcg.com

*Counsel for Defendants KW Property Management, LLC, Jose Vidal, and Jose Ferreira*

Kanayo Derhem, Plaintiff
600 N.E. 27th Street, Apt 2605
Miami, Florida 33137
Kho.derhem@gmail.com

Mojtaba E. Koosej
mkoosej@gmail.com