IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-22318-KMW

KANAYO DERHEM and
MOJTABA E. KOOSEJ,

     Plaintiffs,

v.

BAY HOUSE MIAMI CONDOMINIUM
ASSOCIATION, CHARLES BRUMSTED,
JR., JAMES PINKERT, JOSHUA PAUL,
ALEJANDRO ENRIQUE UTRERA BADENES,
JONATHAN FERREIRA, KW PROPERTY
MANAGEMENT, LLC, and JOSE VIDAL,

     Defendants.
_____/

## DEFENDANTS' JOINT RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLAINTIFFS' RESPONSE TO DEFENDANTS' JOINT MOTION IN LIMINE

Defendants, BAY HOUSE MIAMI CONDOMINIUM ASSOCIATION, INC. (the "Association"), CHARLES BRUMSTED, JR. ("Brumsted"), JAMES PINKERT ("Pinkert"), JOSHUA PAUL ("Paul"), ALEJANDRO ENRIQUE UTRERA BADENES ("Utrera"), JONATHAN FERREIRA, ("Ferreira"), KW PROPERTY MANAGEMENT, LLC ("KWP") and JOSE VIDAL ("Vidal") (collectively referred to hereinafter as "Defendants"), by and through their undersigned counsel, file this Response in Opposition to Plaintiffs' Motion for Leave to Amend Plaintiffs' Response to Defendants' Joint Motion in Limine and Motion to Strike Motion in Limine [D.E. 267] ("Motion"), and in support thereof state as follows:

1. On October 3, 2022, Defendants filed their Joint Motion in Limine [DE 255].

2. On October 17, 2022, Plaintiffs, through their then-current counsel, filed their Response to Defendants' Joint Motion in Limine and Motion to Strike Motion in Limine [DE 267].

1

  3. On October 19, 2022, Plaintiffs' counsel moved to withdraw [DE 270].

  4. On October 24, 2022, Defendants filed their Reply to Plaintiff's Response to Defendants' Joint Motion in Limine [DE 272], and on October 28, 2022, Defendants filed their Joint response to Plaintiff's Motion to Strike Motion in Limine [DE 277].

  5. On October 25, 2022, Plaintiffs' counsel's Motion to Withdraw was granted [DE 275].

  6. On October 31, 2022, Plaintiff, Kanayo Derhem filed "Plaintiffs' Motion for Leave to Amend [D.E.267] Plaintiffs' Response to Defense's [D.E. 255]." Therein, Plaintiff Kanayo Derhem, who is not a licensed attorney, requested on her behalf and on behalf of Plaintiff Mojtaba Koosej, leave to amend Plaintiffs' Response to Defendants' Joint Motion in Limine on the basis that her counsel had withdrawn and "unresolved deficiencies [are] still present within prior counsel's response."

  7. This Court was abundantly clear at the in-person hearing held on October 4, 2022, that no further extensions or opportunities to correct prior filings would be given. This Honorable Court stated:

> This case is now two years old and there has been a history of issues; starting with failure to perfect service, extensions of time, counsel withdrawing and new counsel being brough into the case. . . <u>So let me be crystal clear. If what you file is not consonant with the rules, there will be no further opportunity to correct it. So this is it; period, end of sentence and end of discussion</u> . . . There has been a complete and utter disregard for the Court's orders and deadlines in this case. And I know that I am repeating myself, but that will not be the future of the case or there will be consequences. . . So the schedule that the Court lays out will be it. There will be no other schedule or extension of time or filing a day late and saying, as it were, the dog ate the homework. . .

(Emphasis added.) *See* Transcript of proceedings held Oct. 4, 2022, attached hereto and fully incorporated herein as Exhibit "A."

2

8. Additionally, the Defendants have been unduly burdened by reviewing *multiple* iterations of Plaintiffs' filings. For example, between September 6, 2022 and October 14, 2022, Plaintiffs filed sixteen (16) separate filings in response to Defendants' Motion for Summary Judgment. *See* DE 224, 225, 226, 227, 230, 231, 235, 237, 238, 239, 240, 241, 262, 263, 264, and 266.

9. Defendants were therefore forced to unnecessarily incur legal fees reviewing these numerous filings, which were not brief. By way of non-exhaustive illustration, DE 238 is 660 pages in length; DE 239 is 293 pages in length; DE 240 is 587 pages in length, and DE 241 is 734 pages in length.

10. Now, despite the admonishment given by this Honorable Court at the hearing on October 4, 2022, which Kanayo Derhem attended in-person, Plaintiff Derhem filed the instant Motion for Leave to Amend without even identifying good cause for the amendment other than to say that "unresolved deficiencies" exist within the Response.

11. Defendants' Motion in Limine was filed on October 3, 2022, and it has been fully briefed in that the Response and Reply have also been filed. To allow such an amendment at this stage of the litigation after multiple opportunities have been afforded for Plaintiffs to get it right, so to speak, further delays this matter to Defendants' detriment and hinders ultimate resolution.

12. Finally, it appears that Plaintiff Kanayo Derhem is attempting to represent the interests of Plaintiff, Mojtaba Koosej in this matter despite that Kanayo Derhem is not a licensed attorney. Rule 11(a), Fed. R. Civ. P., requires that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."

13. Here, both Plaintiffs presently are *pro-se* by virtue of prior counsel's withdrawal. However, Plaintiff Derhem has filed multiple documents, including the subject Motion for Leave

to Amend, on behalf of both herself and Koosej despite that none of these filings are signed by Koosej.

14. Derhem cannot as a matter of law file Court documents on behalf of Koosej. *See Moultrie Chevrolet v. Tifton Suzuki, Inc.*, 2009 WL 10674963, at *1 (M.D. Ga. 2009), *Wright v. Divurgent LLC*, 2015 WL 13778309, at *1 (N.D. Ga. 2015). Defendants therefore request that the Motion for Leave to Amend Plaintiff's Response to Defendants' Motion in Limine be treated as having been filed on behalf of Plaintiff, Kanayo Derhem only.

15. In conclusion, it is respectfully requested that the Court deny Plaintiffs' Motion for Leave to Amend Plaintiffs' Response in Opposition to Defendants' Motion in Limine.

**WHEREFORE**, based upon the foregoing, Defendants respectfully request this Honorable Court deny Plaintiffs' Motion for Leave to Amend Plaintiffs' Response to Defendants' Joint Motion in Limine and Motion to Strike Motion in Limine and grant such other and further relief as is deemed just and proper.

Respectfully submitted,

**VERNIS & BOWLING OF MIAMI, P.A.**
1680 N.E. 135th Street
Miami, FL 33181
Tel:   305-895-3035
Fax:   305-892-1260

By: */s/ Evelyn Greenstone Kammet*
**Evelyn Greenstone Kammet, Esq.**
Florida Bar No. 0044060
egreenstone@florida-law.com
egkfiling@florida-law.com
**Mark Erdman, Esq.**
Florida Bar No. 116175
merdman@florida-law.com
yordaz@florida-law.com
*Counsel for Defendants, Bay House Miami Condominium Association, Inc., James Pinkert, Joshua Paul, Alejandro Enrique Utrera Badenes*

and

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
100 S.E. 2nd Street, Suite 2600
Miami, Florida 33131
Tel: (786) 425-1045
Fax: (786) 425-3905

By: /s/*Craig J. Shankman*
**Craig J. Shankman, Esq.**
Florida Bar No. 111766
cshankman@boydlawgroup.com
**William T. Leveille, Esq.**
Florida Bar No. 1003883
wleveille@boydlawgroup.com
ServiceMia@boydlawgroup.com
*Counsel for Charles Brumsted, Jr.*

and

**MARSHAL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
Tel: (954) 847-4920
Fax: (954) 627-6640

By: */s/ Jeannie A. Leibegott*
**Jeannie A. Leibegott, Esq.**
**Joelle J. Vogel, Esq.**
jaleibegott@mdwcg.com
jjvogel@mdwcg.com
mdlincoff@mdwcg.com
*Counsel to Defendant, KW Property Management, LLC, Jose Vidal and Jonathan Ferreira*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on November 2nd 2022 on all counsel or parties of record on the attached Service List and U.S. Mail/Electronic Mail to:

Kanayo Derhem
Mojtaba E. Koosej
600 N.E. 27 Street, #2605
Miami, Florida 33137
Kho.Derhem@gmail.com
mkoosej@gmail.com

## SERVICE LIST

Kanayo Derhem
Mojtaba E. Koosej
600 N.E. 27 Street, #2605
Miami, Florida 33137
Kho.Derhem@gmail.com
mkoosej@gmail.com

Jeannie A. Leibegott, Esq.
Joelle J. Vogel, Esq.
Marshal, Dennehey, Warner, Coleman & Goggin
2400 E. Commercial Blvd., Suite 1100
Fort Lauderdale, Florida 33308
jaleibegott@mdwcg.com
jjvogel@mdwcg.com
mdlincoff@mdwcg.com
*Counsel to Defendant, KW Property Management, LLC, Jose Vidal and Jonathan Ferreira*

Craig Shankman, Esq.
Boyd Richards Parker & Colonnelli, P.L.
100 S.E. Second Street, Suite 2600
Miami, Florida 33131
cshankman@boydlawgroup.com
*Counsel to Defendant, Charles Brumsted*

6